**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 23, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00866-CV

---

### HOUSTON INDEPENDENT SCHOOL DISTRICT, Appellant

### V.

### JOETTA STEVENSON, SYNETHIA HALL AND PHYLLIS D. JOHNSON, Appellees

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2014-55979**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 23, 2014. On December 12, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.